UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | '08 MJ 1376 |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Salomon ZUNIGA-Garcia,** | Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **April 29, 2008** within the Southern District of California, defendant, **Salomon ZUNIGA-Garcia,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **1st** DAY OF **MAY, 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Salomon ZUNIGA-Garcia

## PROBABLE CAUSE STATEMENT

On April 30, 2008, Border Patrol Agent S. Zdunek was performing his assigned line watch duties near an area known as "Dog Patch." This area is located approximately six miles east of the Tecate, California Port of Entry and one mile north of the United States/Mexico International Boundary. At approximately 9:30 p.m., Agent Zdunek responded to a seismic intrusion device activation.

Upon arriving in the area, Agent Zdunek noticed several sets of footprints heading in a northerly direction. Agent Zdunek followed the footprints until he encountered three individuals attempting to conceal themselves in some thick brush. Agent Zdunek identified himself as a United States Border Patrol Agent and questioned the subjects as to their citizenship status. All three subjects, including one later identified as the defendant **Salomon ZUNIGA-Garcia**, stated that they were citizens and nationals of Mexico. Agent Zdunek also questioned the three individuals on whether or not they had any immigration documents to enter or remain in the United States legally. All three subjects stated no. At approximately 11:45, Agent Zdunek arrested all three subjects and transported them to the Tecate Processing Center for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 23, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.